IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

DAVID A. PRENTICE, )
)
    Plaintiff, ) Case No. 1:13-cv-00121
) Senior Judge Haynes
v. )
)
ONE STOP MEDICAL CENTER )
AND LAWRENCE COUNTY JAIL, )
)
    Defendants. )

**ORDER**

Before the Court are motions to dismiss (Docket Entry Nos. 27 and 31) filed by Defendants One Stop Medical and Lawrence County Jail. Plaintiff has not responded to the motions.

Under Local Rule 7.01(b) failure to oppose a motion is construed as no opposition to the motion. More than twenty-one days have lapsed since the time that One Stop Medical filed its motion. The Plaintiff has filed nothing in opposition.

Accordingly, the motions to dismiss filed by Defendants One Stop Medical and Lawrence County Jail are **GRANTED** and his action is **DISMISSED with prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 2nd day of September, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge