UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| DAVID A. PRENTICE | ) | |
| | ) | |
| v. | ) | NO. 1:13-0121 |
| | ) | JUDGE HAYNES |
| ONE STOP MEDICAL CENTER, ET AL | ) | |

ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 9/4/2015.

    KEITH THROCKMORTON, CLERK
    s/Elaine J. Hawkins, Deputy Clerk